TOWNSHIP OF NORTH BERGEN, PETITIONER, v. JOHN H. McGIRL, *ET ALS.*, RESPONDENTS.

Mr. *Nicholas S. Schloeder* for the petitioner.

Mr. *David H. Stemer*, Mr. *Samuel M. Coombs, Jr.*, and Mr. *Austin B. Johnson, Jr.*, for the respondents.

November 2, 1953.  Denied.

IN THE MATTER OF THE ALLEGED CRIMINAL CONTEMPT OF MYRON JECK.

Mr. *Harry Green* for the petitioner.

November 2, 1953.  Denied.

BETTY HIGGINS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SYLVIA POLK, *ET AL.*, DEFENDANTS-RESPONDENTS.

Mr. *Hugh C. Spernow* for the petitioners.

November 2, 1953.  Granted.